# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

RECEIVED By U.S. Marshals Service, NCA at 7:58 am, Jan 31, 2022

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United State of America | 1:22-cv-00269-AT |
| DEFENDANT | TYPE OF PROCESS |
| $968,367.18 In Funds Seized From Robinhood Markets, Inc. Account Number XXXXX | Arrest |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: $968,367.18 IN FUNDS SEIZED FROM ROBINHOOD MARKETS, INC. ACCOUNT NUMBER XXXXX1342
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Radka Nations
Assistant Unites States Attorney
75 Ted Turner Drive SW, STE 600
Atlanta, GA 30303

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

FILED IN CLERK'S OFFICE U.S.D.C. Atlanta
FEB 08 2022
KEVIN WEIMER, Clerk
By: [signature] Deputy Clerk

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please arrest the defendant asset ($968,367.18 in funds seized from Robinhood Markets,Inc. account number XXXXX1342).
Please return the executed arrest warrant and the process receipt.

CATS number 21-FBI-001244
FBI Case number 29P-AT-3295398

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| RADKA NATIONS Digitally signed by RADKA NATIONS Date: 2022.01.28 13:39:19 -05'00' | [X] PLAINTIFF [ ] DEFENDANT | 404-581-6000 | 1/28/2022 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 19 | No. 11 | ANDREA HOWARD Digitally signed by ANDREA HOWARD Date: 2022.01.31 08:02:57 -08'00' | 1/31/2022 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| | 1/31/2022 | 845 | [X] am [ ] pm |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| | ANDREA HOWARD Digitally signed by ANDREA HOWARD Date: 2022.01.31 09:15:32 -08'00' |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Per WARF dated 01/28/2022 $968,367.18 FI arrested, seized and maintained custody until further order of the court.

Form USM-285
Rev. 03/21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> $968,367.18 IN FUNDS SEIZED ) <br> FROM ROBINHOOD ) <br> MARKETS, INC. ACCOUNT ) <br> NUMBER XXXXX1342 HELD ) <br> IN THE NAME OF CHOMAN ) <br> ALI ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO.: <br> 1:22-cv-00269-AT |

## WARRANT FOR ARREST IN REM

TO: AUTHORIZED LAW ENFORCEMENT OFFICER

PROPERTY DESCRIPTION: **$968,367.18 IN UNITED STATES CURRENCY**

WHEREAS, on January 28, 2022, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Northern District of Georgia against the above-named Defendant property,

alleging that said property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the Defendant property is currently in the possession, custody, or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE YOU ARE HEREBY COMMANDED to arrest the above-named Defendant property by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further Order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Issued this 28th day of January 2022.

KEVIN P. WEIMER, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

By: _____
DEPUTY CLERK

Executed this __31st__ day of _____January_____, 2022.

__Nicole Lopez__ _____
Authorized Law Enforcement Officer

Supervisory Deputy US Marshal, USMS
Title And Agency